United States District Court
Southern District of Texas

**ENTERED**

June 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GUY WILLIAM BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00270 |
| | § | |
| FRANK BISIGNANO, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 17). The M&R recommends that the Court grant Plaintiff's motion for attorney fees, (D.E. 16).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 17). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney fees, (D.E. 16), and **ORDERS** the following:

1 / 2

1. Plaintiff's attorney of record is **AWARDED** the sum of $7,500.00 in attorney fees and $405.000 in costs.

2. The attorney fee award **SHALL** be made payable to Plaintiff, Guy William Butler, and mailed in care of his attorney, David F. Chermol.

3. Defendant's payment of this award **BARS** any and all claims that Plaintiff may have relating to EAJA fees and expenses in compensation with this action.

4. Defendant's payment of this award is **without prejudice** to Plaintiff's right to seek attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    June 18, 2026